James E. Mercante, Esq.
Richard Gonzalez, Esq., LLM
GALLO VITUCCI KLAR LLP
*Attorneys for Petitioners*
711 Third Avenue, Suite 500
New York, NY 10017
Tel: 212-683-7100

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

IN THE MATTER OF THE COMPLAINT

- of -

ANTONIO SEMINATORE JR. and LAUREN SEMINATORE as Owners or Owners *Pro Hac Vice* of a 1999 33' Contender 31T vessel named "BERTH CONTROL" for Exoneration from or Limitation of Liability,

  Petitioners.

---

Case No.: 26-cv-316

**<u>NOTICE</u>**

PLEASE TAKE NOTICE that ANTONIO SEMINATORE JR. and LAUREN SEMINATORE as Owners or Owners *Pro Hac Vice* of a 1999 33' Contender 31T vessel named "BERTH CONTROL", bring this action pursuant to 46 U.S.C. § 30501 involving admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, concerning any claims for loss, damage, and/or injury, arising or resulting from an alleged vessel collision claimed to have occurred on September 24, 2025, while the Petitioners vessel was upon the navigable waters of the United States, more specifically in the Atlantic Ocean, approximately 10-12 miles south of Fire Island Inlet, County of Suffolk, State of New York, as more fully described in the Complaint; and

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations, having any claim or suit against the Petitioners or the vessel, arising or resulting from the alleged incident must file a claim as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, and must deliver or mail to the attorneys for the Petitioners, James E. Mercante, Esq., GALLO VITUCCI KLAR LLP, 711 Third Avenue, Suite 500, New York, NY 10017, a copy on or before the ____ day of _____, 2026 or be defaulted. Personal attendance is not required. Further, any claimant desiring to contest the Petitioners' right either to exoneration from or limitation of liability shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and deliver or mail a copy to the attorneys for the Petitioners or be defaulted.

Dated: _____

_____

                                          _____
                                                    Clerk